IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DILLON JAMES GRESHAM,

      Appellant,

v.

Case No. 5D22-1291
LT Case No. 2014-CF-2708-A-X

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 16, 2023

Appeal from the Circuit Court
for Marion County,
Lisa Herndon, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan, Assistant Public Defender, Daytona Beach, for Appellant.

Dillon James Gresham, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and BOATWRIGHT, JJ., concur.